IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| GLENN MYER, | ) |
| :--- | :--- |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:18-cv-00547 (AJT/TCB) |
| URIAH KENNEDY, *et al.*, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge [Doc. No. 65], recommending that Plaintiff's Motion to Lead and Amend the Complaint [Doc. No. 28] (the "Motion") be denied in part.[1] The Magistrate Judge advised the parties that objections to the Report and Recommendation must be filed within fourteen (14) days of service and that failure to object waives appellate review. No objections have been filed. Having conducted a *de novo* review of the Motion, the Court adopts and incorporates the conclusions and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that Plaintiff's Motion to Lead and Amend the Complaint [Doc. No. 28] be, and the same hereby is, DENIED in part to the extent it seeks to add Spine Smith, Inc. as a new Defendant.

---

[1] In a separate order dated July 13, 2018, the Magistrate Judge granted Plaintiff's Motion to the extent it requested to add I.L. Palencia, Tajweer Beaufort, Mike Porter, and Sharon Bulova as defendants to this action. [Doc. No. 61]. On July 16, 2018, the Magistrate Judge entered a separate Report and Recommendation to address Plaintiff's Motion with respect to adding Spine Smith, Inc. as a new defendant.

1

The Clerk is directed to forward copies of this Order to the Plaintiff Glenn Myer, *pro se*, and all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
September 5, 2018